884

No. 80–5223. BERLAND v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–5233. NABKEY v. CITY OF GRAND RAPIDS ET AL. Ct. App. Mich. Certiorari denied.

No. 80–5247. HOLGUIN-HERNANDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–5250. GONZALEZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 80–5251. CHAUSSEE v. PUTMAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–5257. DONKIS v. ROHRBAUGH ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–5261. FIELDS v. COOK, JUDGE, ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 80–5270. GREER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–5277. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–5286. NAVA-RAMIREZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 80–5289. TARGEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–5290. RUSSELL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 79–1234. RICHARDSON ET AL. v. LOKEY. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.